UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BOWERS, and GERALD RENAUD,

    Plaintiffs,

-v-

LIVINGSTON COUNTY JAIL and
SHERIFF BOB BEZOTTE,

    Defendants.

Case No: 08-CV-14134
Judge: Bernard Freidman
Magistrate: Donald A. Scheer

| ELIAS MUAWAD (P41632) | CUMMINGS, MCCLOREY, DAVIS |
|---|---|
| Attorney for Plaintiff | and ACHO, PLC |
| 36700 Woodward Ave, Ste. 209 | By: T. Joseph Seward (P35095) |
| Bloomfield Hills, Michigan 48304 | Attorney for Defendants |
| 248-594-4700 | 33900 Schoolcraft |
| EMAIL: elias@muawadpc.com | Livonia, Michigan 48150 |
| | (734) 261-2400 |
| | EMAIL: tjseward@cmda-law.com |

## MOTION TO COMPEL ANSWERS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS

NOW COMES, the Plaintiffs, Mark Bowers and Gerald Renaud, by and through their attorney, Elias Muawad, and files this Motion to Compel Answers to Production of Documents for the following reasons:

1. On December 11, 2008, this attorney sent to Defendant's counsel Request for Production of Documents.

2. More than twenty-eight (28) days have passed and Defendant has not answered Plaintiff's Request for Production of Documents.

3. That Plaintiff counsel has made several requests for answers to Plaintiffs' Request to Produce and has even asked defense counsel to stipulate to same and to date Mr. Seward has

done neither.

WHEREFORE, it is respectfully requested that this Honorable Court compel the production of these documents pursuant to Federal Rules of Civil Procedure 37(a)(2).

                                                Respectfully submitted,

BY:     /s/ Elias Muawad
        ELIAS MUAWAD (P41632)
        Attorney for Plaintiffs
        36700 Woodward Ave, Ste. 209
        Bloomfield Hills, MI 48304
        (248) 594-4700
        elias@muawadpc.com

Dated: February 17, 2009.

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MARK BOWERS, and GERALD RENAUD,

    Plaintiffs,

-v-

LIVINGSTON COUNTY JAIL and
SHERIFF BOB BEZOTTE,

    Defendants.

Case No: 08-CV-14134
Judge: Bernard Freidman
Magistrate: Donald A. Scheer

---

ELIAS MUAWAD (P41632)
Attorney for Plaintiff
36700 Woodward Ave, Ste. 209
Bloomfield Hills, Michigan 48304
248-594-4700
EMAIL: elias@muawadpc.com

CUMMINGS, MCCLOREY, DAVIS
and ACHO, PLC
By: T. Joseph Seward (P35095)
Attorney for Defendants
33900 Schoolcraft
Livonia, Michigan 48150
(734) 261-2400
EMAIL: tjseward@cmda-law.com

## BRIEF IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL ANSWERS TO REQUEST FOR PRODUCTION OF DOCUMENTS

The Plaintiffs hereby rely upon Federal Rules of Civil Procedure 37(a)(2) which states that if a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosures and for appropriate sanctions.

This Brief also certifies that this attorney has conferred and/or attempted to confer with defense counsel to make the disclosures, however, so far, no disclosures have been made to Plaintiffs and Plaintiffs are forced to file this Motion.

Page -1-

                        Respectfully submitted,

BY:     /s/ Elias Muawad
       ELIAS MUAWAD (P41632)
       Attorney for Plaintiffs
       36700 Woodward Ave, Ste. 209
       Bloomfield Hills, MI 48304
       (248) 594-4700
       elias@muawadpc.com

Dated: February 17, 2009.

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MARK BOWERS, and GERALD RENAUD,

    Plaintiffs,

-v-

LIVINGSTON COUNTY JAIL and
SHERIFF BOB BEZOTTE,

    Defendants.

Case No: 08-CV-14134
Judge: Bernard Freidman
Magistrate: Donald A. Scheer

---

| ELIAS MUAWAD (P41632) | CUMMINGS, MCCLOREY, DAVIS |
|---|---|
| Attorney for Plaintiff | and ACHO, PLC |
| 36700 Woodward Ave, Ste. 209 | By: T. Joseph Seward (P35095) |
| Bloomfield Hills, Michigan 48304 | Attorney for Defendants |
| 248-594-4700 | 33900 Schoolcraft |
| EMAIL: elias@muawadpc.com | Livonia, Michigan 48150 |
| | (734) 261-2400 |
| | EMAIL: tjseward@cmda-law.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2009, I electronically filed Plaintiff's Motion to Compel Answers to Request for Production of Documents, Brief in Support of Plaintiff's Motion, proposed Order Compelling Answers to Request for Production of Documents, and blank Notice of Hearing with the Clerk of the Court using the ECF System, which will send notification of such filing to the following:

T. Joseph Seward (P35095) by electronic means to tjseward@cmda-law.com

                                  Respectfully submitted,

                                  /s/ Elias Muawad
                                  ELIAS MUAWAD (P41632)
                                  Attorney for Plaintiff
                                  36700 Woodward Ave, Ste. 209
                                  Bloomfield Hills, Michigan 48304
                                  248-594-4700
                                  EMAIL: elias@muawadpc.com