UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK BOWERS, and GERALD RENAUD,

    Plaintiffs,　　　　　　　　　　　　　Case No: 08-CV-14134
　　　　　　　　　　　　　　　　　　　　　　　　　Judge: Bernard Freidman
-v-　　　　　　　　　　　　　　　　　　　　　　　Magistrate: Donald A. Scheer

LIVINGSTON COUNTY JAIL and
SHERIFF BOB BEZOTTE,

    Defendants.
_____/

<u>ORDER COMPELLING ANSWERS TO
PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS</u>

    IT IS HEREBY ORDERED pursuant to Stipulation, that Plaintiffs' Request for Production of Documents be answered by Defendant within twenty-one (21) days of the date of this Order.

　　　　　　　　　　　　　　　　　　　　　　　<u>s/Donald A. Scheer</u>
　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT MAGISTRATE JUDGE

Dated: March 19, 2009